1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                  EASTERN DISTRICT OF CALIFORNIA

8

9   EDWARD THOMAS,                                     1:16-cv-01393-SKO (PC)

10                    Plaintiff,

11          v.                                         ORDER TO SUBMIT APPLICATION
                                                       TO PROCEED IN FORMA PAUPERIS
12   S. PARKS, et al. ,                                OR PAY FILING FEE WITHIN 45 DAYS

13                    Defendant.

14

15          Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has neither paid the $400.00 filing fee, nor submitted an application to proceed

17   *in forma pauperis* pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21   the $400.00 filing fee for this action. **No requests for extension will be granted without a**

22   **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

23   **action.**

24
     IT IS SO ORDERED.
25

26   Dated:   __September 22, 2016__              ____/s/ *Sheila K. Oberto*____

27                                                UNITED STATES MAGISTRATE JUDGE

28
                                                  1