# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARKS, et al.,<br><br>　　　　　　Defendants. | **Case No. 1:16-cv-01393-LJO-SKO (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF FOR LACK OF JURISDICTION**<br><br>**(Docs. 11, 18, 19, 22)** |

Plaintiff, Edward Thomas, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2017 and July 13, 2017, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motions seeking injunctive relief for access to legal materials, stationary, writing instruments, typewriters, and the like, which were served on Plaintiff and contained notice that objections to the Findings and Recommendations were to be filed within thirty days. (Docs. 18, 22.) Plaintiff did not file any objections. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 6, 2017 (Doc. 18) and July 13, 2017 (Doc. 22), are adopted in full; and

2. Plaintiff's motions for preliminary injunctions, filed on November 28, 2016 (Doc. 11) and June 22, 2017 (Doc. 19), are denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated: __**August 18, 2017**__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE